AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NORTH CAROLINA DEPARTMENT OF )<br>MOTOR VEHICLES, *License and Theft Division*, )<br>JOSEPH GARDNER WILLIAM C. TOMAN, JR., )<br>R.M. ASHLEY, K.D. MACKEY, P.J. GRAHAM, )<br>RON SMITH, UNKNOWN FEMALE OFFICER, )<br>AND C.C. BLAKE, )<br>      Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-581-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. § 1915(g). IT IS ALSO ORDERED that a pre-filing injunction is entered against the Plaintiff, and the Clerk shall return to Plaintiff, unfiled, any new civil action which:

1. Names any of the following as a defendant, regardless of any other defendants named: R.M. Ashley, C.C. Blake, Joseph Gardner, P.J. Graham, K.D. Mackey, North Carolina Department of Motor Vehicles, North Carolina Division of Motor Vehicles, Ron Smith, Bill Toman, William C. Toman, Jr., or Unknown Female Officer; or

2. Contains any allegation of the illegal taking and holding of titles, vehicles, files, cash, jewelry, home files, pool files, or bath files; or

3. Fails to contain a statement on a separate page from the complaint that makes specific, clear factual allegations showing a possibility that Bailey is in imminent danger of serious physical injury pursuant to 28 U.S.C. *§* 1915(g).

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**AUGUST 19, 2013**</u> WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to (0014848) Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| <u>August 19, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina |
| Raleigh, North Carolina | <u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |